UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 8822**

*Candido Jerez*

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

*C.O John Doe #1*

*CO. John Doe #2*

*And N.Y Dept. of Corr.*

*Rykers Island OBCC*

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED
PRO SE OFFICE
DEC 11 2013

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name   *Candido Jerez*
ID #   *349 13 14206*
Current Institution   *MDC*
Address   *125 white st.*
*New York N.Y. 10013*

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name   *C.O. John Doe #1*    Shield #_____
Where Currently Employed   *OBCC*
Address   *Rykers Island*

*Rev. 05/2010*                                 1

Defendant No. 2    Name _C.O. John Doe #2_ Shield #_____
                   Where Currently Employed _OBCC_
                   Address _Rykers Island_
                   _____

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In   what   institution   did   the   events   giving   rise   to   your   claim(s)   occur?
_OBCC Rykers Island_
_____

B.    Where   in   the   institution   did   the   events   giving   rise   to   your   claim(s)   occur?
_IN the Recieving room_
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?
_Not sure earlier this year January_
_2013 Not sure of time maybe 5 to 6 o'clock_

D.   Facts:   I had ask to use the toilet in the bull-pen, officer John Doe #1 said No. I continued to asked to use bathroom toilet I had to go real bad he continued to say No even added: "over my dead body" So After a minute or so I just proceeded toward the bath-room in bull-pen cell pen. He officer John Doe #1 just punched me in the face and ran. I retaliated when he fell by punching him back. The rest of the officer came and handcuffed me, then carried me toward the "why me" bullpen and intentionally rammed my face into the concrete wall intentionally breaking my teeth. Then the beat me up for about 2 minutes

> What happened to you?

> Who did what?

> Was anyone else involved?

> Who else saw what happened?

Everybody that was with me in the first bullpen Then the Cameras was review (I guess) because they didn't write up the incident being that I told the de Deputy (Warden) that he hit me first and they must have check and confirmed thus no write up ticket (infraction)

III.   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My face was swollen and my teeth, was knocked out and one was chipped in part (Half) Nurse seen me and request I get X ray for a possible broken nose but I was wary they might hurt me some more

IV.   **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).   OBCC Rykers Island

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____   No _____   Do Not Know ✓

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _____   Do Not Know ✓

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No ✓

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.    Which claim(s) in this complaint did you grieve? _____

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

WAS going to court in the next few following days and I was wary

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies. _____

_____

_____

_____

_____

_____

_____

**Note:**  You may attach as exhibits to this complaint any documents related to the exhaustion of your
       administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount). I would like the court
to investigate and penalize said officers
and reward me for my pain and suffering
damages in the amount of $500.000

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VI.   Previous lawsuits:

| On these claims |

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      Yes _____   No _____

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____   No _____
If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in   your   favor?   Was   the   case   appealed?)   _____
_____
_____

| On other claims |
|---|

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____   No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____   No _____
If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of October , 2013.

Signature of Plaintiff   *Candido Jerez*

Inmate Number   349 13 14 6061

Institution Address   MDC

125 White St.

New York NY. 10013

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 12 day of October , 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   *Candido Jerez*